# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE BLANCH, | Case No. 2:15-cv-00450-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 18) |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendant(s). | |

Pending before the Court is a motion for an order directing service, filed effective January 7, 2016. *See* Docket No. 18. While that motion was en route to this Court, on January 8, 2016, Chief United States District Judge Gloria M. Navarro screened Plaintiff's Second Amended Complaint and provided Plaintiff with instructions regarding service. *See* Docket No. 16 at 7. Plaintiff shall carefully review Chief Judge Navarro's order and comply with the service requirements outlined therein. Plaintiff's pending motion regarding service is **DENIED** as moot.

IT IS SO ORDERED.

DATED: January 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge