# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONNIE BLANCH, | ) | Case No. 2:15-cv-00450-GMN-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 27) |
| CLARK COUNTY DETENTION CENTER, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion regarding the lack of service on Defendant Nurse Pat. Docket No. 27.[1] The United States Marshal has returned a summons unexecuted, indicating that "[t]his location does not accept process, wrong address." Docket No. 26 at 3.[2] "If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted." Docket No. 16 at 7. The pending motion fails to specify a more detailed name and/or address for Defendant Nurse Pat, and also fails to specify some other manner of service that should be attempted.

---

[1] The motion also references the lack of service on newly-named defendant Sgt. Floyd. The Court is addressing the service on Sgt. Floyd through separate order.

[2] It does not appear that Plaintiff had received the unexecuted summons at the time he filed his motion. *Compare* Docket No. 27-1 *with* Docket No. 26.

Accordingly, the pending motion is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 4, 2016

                                                  _____
                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge