# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE BLANCH, | Case No. 2:15-cv-00450-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 23) |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to serve Sgt. Floyd, who had previously been identified as a doe defendant. Docket No. 23. Concurrently herewith, the Court is granting Plaintiff's motion for leave to file his third amended complaint substituting Sgt. Floyd for that doe defendant. Accordingly, Plaintiff's motion regarding service of Sgt. Floyd is **GRANTED** as follows:

the Clerk of Court **SHALL ISSUE** a summons for Defendant Sgt. Floyd, **AND DELIVER THE SAME**, along with the third amended complaint (Docket No. 24), to the U.S. Marshal for service. The Clerk also **SHALL SEND** to Plaintiff **one (1)** USM-285 form, one copy of the third amended complaint and a copy of this order. Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to each Defendant on each form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a

motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

IT IS SO ORDERED.

DATED: April 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge