# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE BLANCH, | Case No. 2:15-cv-00450-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 22) |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's "motion of notice," indicating that he has identified a doe defendant as Sgt. Floyd. Docket No. 22. Concurrently herewith, the Court is granting Plaintiff's motion for leave to file his third amended complaint substituting Sgt. Floyd for that doe defendant. Accordingly, this "motion of notice" is **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge