# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE BLANCH,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-00450-GMN-NJK<br><br>ORDER<br><br>(Docket No. 36) |

Pending before the Court is Plaintiff's "Motion of Notice." Docket No. 36. The filing appears to seek to inform the Court of Plaintiff's contention that prison officials are interfering with his mail. *See id.* The motion does not seek any specific relief from the Court, other than generally requesting the Court's assistance. *See id.*[1] This Court is not a general overseer of Plaintiff's prison conditions simply because he has a case pending here. If Plaintiff in the future seeks specific relief arising out of alleged misconduct concerning this case, he may file a motion stating what that relief is. Otherwise, concerns about Plaintiff's treatment in prison are not properly before the Court. Accordingly, the motion is hereby **DENIED**.

　　　　IT IS SO ORDERED.

　　　　DATED: April 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The motion indicates Plaintiff is having trouble meeting court-ordered deadlines, but does not identify any such deadlines or seek relief from any deadlines.